# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ANTHONY RAYMOND BANKS

**WARRANT FOR ARREST**

FILED by _____ D.C.

SEP 1 9 2000

**CASE NUMBER:**

# 00-6273

**CR - HUCK**

TO:     **The United States Marshal
and any Authorized United States Officer**

*MAGISTRATE JUDGE
BROWN*

YOU ARE HEREBY COMMANDED to arrest_____ ANTHONY RAYMOND BANKS

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  RICO conspiracy and accessory after the fact

in violation of Title 18__  United States Code, Section(s) 1962(d) & 3

CARLOS JUENKE
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ _Pre-Trial Detention_

by  William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |