UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>ANTHONY RAYMOND BANKS<br>Defendant | CASE NO. 00-6273<br>CR-HUCK<br><br>REPORT COMMENCING CRIMINAL ACTION<br>02407-748 |
|---|---|

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 9/26/00  5:15 pm
2. Spoken language: ENGLISH
3. Offense(s) charged: TITLE 18 USC 1962(d), 3
4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 11/29/1972
6. Type of charging document: (Check One)
   [X] INDICTMENT  [ ] COMPLAINT TO BE FILED  [ ] ALREADY FILED
   CASE NO. _____  CASE NO. _____
   DISTRICT: Southern Florida  (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [X] YES  [ ] NO
   AMOUNT OF BOND. _____
   WHO SET BOND. _____
7. REMARKS: _____
8. DATE: _____
9. _____ ARRESTING OFFICER
10. AGENCY: FBI
11. _____ PHONE NO.

MIA Dkt 10/2/00