# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   508295

UNITED STATES OF AMERICA

V.

ANTHONY RAYMOND BANKS

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

CASE NUMBER: **00-6273**

**CR - HUCK**

YOU ARE HEREBY COMMANDED to arrest __ANTHONY RAYMOND BANKS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

**MAGISTRATE JUDGE BROWN**

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy and accessory after the fact

in violation of Title __18__ United States Code, Section(s) __1962(d) & 3__

CARLOS JUENKE
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __Pre-Trial Detention__   by __William P. Dimitrouleas, United States District Judge__
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Miami, FL

| DATE RECEIVED<br>9/20/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST<br>9/26/00 | | |