UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

ANTHONY RAYMOND BANKS
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No :    02407-748

Language:    ENGLISH

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**    Address: _____

Tel. No: _____

**Defense Counsel:**    Name : MANUEL GONZALEZ, JR

Address: 782 N.W. LE<sup>JE</sup>UNE ROAD, SUITE 440

Miami, Florida 33126

Tel. No: 567-0100

**Bond Set/Continued:**    $ 250,000 CSB w/Nebbia

FILED by _____ D.C.
MAG. SEC.
OCT 02 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Dated this 2nd day of October, 2000.

CLARENCE MADDOX, CLERK

BY    Karen Sussmann
       Deputy Clerk

c:Clerk for Judge
  U.S. Attorney LaVecchio
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 00C 67
DIGITAL START NO. 730

OCT - 6 2000

Rec'd in MIA Dkt _____