UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6273-CR-HUCK

UNITED STATES OF AMERICA,

v.

ANTHONY RAYMOND BANKS

*Stipulated*
**ORDER DENYING GOVERNMENT'S
REQUEST FOR PRETRIAL DETENTION &
SETTING A BOND**

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

\_\_\_\_\_ The government's motion is **denied**.
\_\_\_\_\_ The defendant's motion is **granted**; bond is set at:
\_\_\_\_ Personal Surety, unsecured, in the amount of
$_____

\_\_\_\_ Personal Surety in the amount of $_____
with 10% posted with Clerk of Court.

\_\_\_\_ Personal Surety in the amount of $_____
secured by the following collateral: _____

\_\_\_\_ Full Cash in the amount of $_____

✓ Corporate Surety in the amount of $250,000 w/Nebbia

\_\_\_\_ Full Cash or Corporate Surety in the amount of
$_____

FILED by _____ D.C.
MAG. SEC.
OCT 02 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS: 2 WEEKLY IN PERSON; TWO WEEKLY BY PHONE.
\_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
✓ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT. *Counsel have agreed that*
\_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM. *should defendant request*
\_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED *reduction of bond,*
\_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON. *Government is*
\_ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: *may ~~~~ request*
*detention of deft.*

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 2nd day of October, 2000.

TAPE NO. 00C- 67-730

c:AUSA, Defense,
  Pretrial Svcs, Marshal

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

*Manuel Gonzalez, Esq.*