FILED by \_\_\_ D.C.

NOV 07 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/BROWN

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

ANTHONY TRENTACOSTA,
FREDERICK J. MASSARO,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
JULIUS BRUCE CHIUSANO,
ADAM TODD SILVERMAN,
CARLOS GARCIA,
CHARLES PATRICK MONICO,
ANTHONY RAYMOND BANKS,
    Defendants.
_____/

## ORDER GRANTING CONTINUANCE OF TRIAL DATE

THIS CAUSE came before the Court upon the Defendant's Frederick Massaro, Motion to Continue Trial, ( filed October 24, 2000), a Status Conference was held on November 06, 2000. At the status conference, the parties jointly requested that the court extend the trial date in this action. The Court found that the ends of justice will be served by the setting of said trial as set forth below and that an extension outweighs the best interest of the public and the defendant in a speedy trial. Therefore, it is

ORDERED AND ADJUDGED that trial in this cause is set for the two-week period commencing September 4, 2001, and ending September 14, 2001, in the U.S. Courthouse 301 N. Miami Avenue, 4th Floor, Miami, Florida. Calendar Call will be held at 8:30 a.m. on Wednesday, August 29, 2001.

It shall be the duty of the attorney's herein to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the dates set forth above. If any counsel receives a written notice of trial from another judge, in either state or federal court, that in any way conflicts with this trial's scheduled setting, it is the obligation of that attorney to notify the judge immediately so that the judge may reschedule his or her calendar thus leaving counsel conflict free for this case. The trial setting in this case is firm.

The Court finds that the period of delay from October 24, 2000 to September 14, 2001 and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161, <u>et. seq.</u> It is further

ORDERED and ADJUDGED that all discovery responses and/or pretrial motions shall be filed within the time limitations set forth in this Court's <u>Standing Discovery Order</u>. **A continuance of the trial date in this matter shall not extend the deadline for the filing of motions**. Any proposed motion received after the "motions cut-off date" shall be accompanied by a separate motion for leave to file, setting forth the facts and circumstances for the late filing.

The Defendant's shall file all pretrial motions not later than December 21, 2000, with the government's responses to said motions due not later than January 19, 2001. Defense replies are due not later than January 30, 2001. All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion.

All counsel shall be present at status conference to be held at 8:30a.m. on February 05, 2001.

All local requests for Writs ad Testificandum must be filed not later than fourteen days prior to the first day of the scheduled trial period to ensure adequate time for processing. Writs for persons out of the district should be filed twenty days prior to the trial date.

Counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits to be presented at trial at the Calendar Call. All exhibits offered into evidence must be pre-labeled in accordance with the proposed exhibit list. Exhibit labels shall include the case number. Labels may be obtained from the Clerk of the Courts.

Counsel are instructed that arrangements for appropriate clothing for Defendants in custody must be made at least seven (7) days prior to the scheduled trial date.

Counsel are further instructed to notify the Court if an interpreter is required at least 48 hours prior to any hearings or trial.

Counsel for the parties in this matter are hereby reminded that, pursuant to Local Rule 7.1(A)(4) (S.D. of Fla.), all motions filed with the Court shall be accompanied by **stamped** addressed envelopes for **all** parties to this action.

Counsel shall submit proposed *voir dire* questions, a copy of the proposed jury instructions and verdict form, together with a computer disk compatible with Corel WordPerfect version 8.0., at the Calendar Call.

DONE AND ORDERED in Chambers, Miami, Florida, this 7 day of November, 2000.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to: Honorable Stephen T. Brown
All counsel of record

4