UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6273-CR-HUCK

                   Plaintiff,

vs.                                      NOTICE OF HEARING

ANTHONY TRENTACOSTA,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,                  
JULIUS BRUCE CHIUSANO,
ADAM TODD SILVERMAN,              FILED by _____ D.C.
CHARLES PATRICK MONICO,
ANTHONY RAYMOND BANKS,                 APR 0 9 2001
FREDERICK J. MASSARO,
CARLOS GARCIA,                        CLARENCE MADDOX
                                   CLERK U.S. DIST. CT.
                   Defendant.      S.D. OF FLA. - MIAMI

_____/

        PLEASE TAKE NOTICE that the above-entitled cause has been

scheduled for a **special status conference hearing on THURSDAY,**

**APRIL 19, 2001, at 9:00 a.m., before the Honorable PAUL C. HUCK,**

United States District Judge, at Federal Justice Building, 99 NE

4th Street, 10th Floor, Courtroom #6, Miami, Florida.

        Dated: April 09, 2001

                              CLARENCE MADDOX, CLERK

                              By: Valerie Thompkins,
                                  Deputy Clerk

**cc:  all counsel of record need to be**
**present, are have someone stand in for them.**

