UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                    CASE NO. 00-6273-CR-HUCK

**NOTICE OF UNAVAILABILITY**

ANTHONY BANKS,

    Defendant.
_____/

    COMES NOW, the Defendant, ANTHONY BANKS, by and through counsel, and hereby provides the Court with notice of unavailability of counsel for the period beginning July 27, 2001 through August 6, 2001. The undersigned will be on a family vacation outside the district.

    WHEREFORE, it is respectfully requested that this Court take into consideration the above when scheduling matters in this case for that period of time.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 29th day of May, 2001 to Lawrence D. LaVecchio, Assistant U.S. Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl., 33394, Richard K. Houlihan, 300 Aragon Ave., Suite 310, Coral Gables, Flroida 33134, Fred Haddad, Esq., One Financial Plaza, Suite 2612, Ft. Lauderdale, Florida 33394, Samuel Deluca, Esq., 3451 John F. kennedy Blvd., Jersey City, New Jersey 07307, Jeffrey Weinkel, Esq., 1035 N.W. 11th Avenue,

