UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO. 00-6273-CR-HUCK/BROWN

vs.

ANTHONY BANKS,

Defendant.

_____/

**ORDER GRANTING UNOPPOSED EMERGENCY MOTION FOR CUSTODY RELEASE TO ATTEND MOTHER'S FUNERAL AND BURIAL**

This cause came before the Court on the defendant's Unopposed Motion for Custody Release to Attend Mother's Funeral and Burial. After considering said motion and being duly advised, it is

ORDERED AND ADJUDGED that said motion be granted. The Defendant shall be released from custody with the following conditions: (i) the Defendant's father, Crawford Banks, shall execute a $200,000.00 personal surety bond; (ii) upon the Defendant's release, he shall immediately report to the U.S. Pretrial Services office, 330 Biscayne Blvd., Suite 500, Miami, Florida to be placed on an electronic bracelet/monitor; (iii) the Defendant shall reside at his father's residence, 130 Coral Avenue, Tavernier, Florida 33070; and (iv) the Defendant shall surrender to the Federal Detention Center-Miami, 33 N.E. 4th Street, Miami, Florida 33132 by 5:00 p.m. on Friday, July 20, 2001.



FURTHER ORDERED AND ADJUDGED that the U.S. Marshal's Service and the Federal Detention Center-Miami shall take the necessary measures to carry out the effect of this Order.

DONE and ORDERED this 16 day of July, 2001.

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies to:
U.S. Attorney
U.S. Pretrial Services
U.S. Marshal Service
Federal Detention Center-Miami
Manuel Gonzalez, Jr.