UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6273-CR-HUCK

    Plaintiff,

vs.    ORDER

ANTHONY RAYMOND BANKS,
Reg. No. 02407-748

    Defendant.
_____/

FILED by _____ D.C.
JUL 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

THIS MATTER having come before the Court upon sua sponte review of the file, it is hereby

**ORDERED AND ADJUDGED** that the Court's Order filed July 16, 2001, granting the Defendant's Unopposed Emergency Motion for Custody Release to Attend Mother's Funeral and Burial and the Appearance Bond posted for Anthony Banks is hereby **VACATED**. It is further

**ORDERED AND ADJUDGED** that the United States Marshal's Service shall make any arraignments possible for Anthony Raymond Banks to attend a viewing or funeral of Jeavette Banks (mother), in a manner that is to be determined by the United States Marshal's Service and pending on Anthony Raymond Banks (Reg #02407-748) criminal history and other pertinent variables. Any costs involved incident to this viewing shall be paid by the Defendant or his family.

**DONE AND ORDERED**, in Miami, Florida, this 17th day of July, 2001.

                                                  PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE

c:    AUSA Lawrence D. La Vecchio, Esq.
      Manuel Gonzalez, Jr., Esq.
      United States Marshal's Service (3 certified)
      Pre-Trial Services
      Federal Detention Center-Miami (1 certified)