**GOVERNMENT'S EXHIBIT LIST**

UNITED STATES v. Ariel Hernandez and Adam Todd Silverman
Case No. 00-6273-Cr-HUCK/BROWN

LAWRENCE LaVECCHIO ASSISTANT UNITED STATES ATTORNEY

PAGE 1 OF 4
September 4, 2001

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 1 | 9/4/01 | ✓ | ✓ | Taped statement of A. Silverman 4/22/99 | |
| 2 | 9/4/01 | ✓ | ✓ | Transcript of taped statement of A. Silverman 4/22/99 | |
| 3 | 9/4/01 | ✓ | ✓ | Tape recording - A. Silverman and F. Massaro (954) 456-3020 4/22/99 7:16 a.m. (Call No. 871) | |
| 4 | 9/4/01 | ✓ | ✓ | Transcript - A. Silverman and F. Massaro (954) 456-3020 4/22/99 7:16 a.m. (Call No. 871) | |
| 5 | 9/4/01 | ✓ | ✓ | Tape recording - F. Massaro and Officer Krazt (954) 456-3020 4/22/99 7:32 a.m. (Call No. 873) | |
| 6 | 9/4/01 | ✓ | ✓ | Transcript - F. Massaro and Officer Krazt (954) 456-3020 4/22/99 7:32 a.m. (Call No. 873) | |
| 7 | 9/4/01 | ✓ | ✓ | Tape recording - A. Silverman and J. Werba (954) 456-3020 4/22/99 8:07 a.m. (Call No. 875) | |
| 8 | 9/4/01 | ✓ | ✓ | Transcript - A. Silverman and J. Werba (954) 456-3020 4/22/99 8:07 a.m. (Call No. 875) | |
| 9 | 9/4/01 | ✓ | ✓ | Tape recording - A. Silverman & F. Massaro (954) 224-7512 4/22/99 7:24 p.m. (Call No. 728) | |
| 10 | 9/4/01 | ✓ | ✓ | Transcript - A. Silverman & F. Massaro (954) 224-7512 4/22/99 7:24 p.m. (Call No. 728) | |

**GOVERNMENT'S EXHIBIT LIST**

UNITED STATES v. Ariel Hernandez and Adam Todd Silverman
Case No. 00-6273-Cr-HUCK/BROWN

LAWRENCE LaVECCHIO, ASSISTANT UNITED STATES ATTORNEY

PAGE 2 OF 4
September 4, 2001

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 11 | 9/4/01 | ✓ | Advise of Rights Waiver - A. Silverman 9/27/00 | |
| 12 | | ✓ | Report of S/As Grover, Rentzel and Van Auken re: Interview of A. Silverman 9/27/00 | |
| 13 | 9/4/01 | ✓ | Wiretap Authorizations entered by Judge William Dimitrouleas in March and April of 1999 | |
| 14 | 9/4/01 | ✓ | Arrest Warrant issued by Judge Victor Tobin on March 27, 1999 | |
| 15 | 9/4/01 | ✓ | Tape recordings - A. Hernandez and Detective Ilarraza on 3/27/99 | |
| 16 | 9/4/01 | ✓ | Transcript - A. Hernandez and Detective Ilarraza on 3/27/99 | |
| 17 | 9/4/01 | ✓ | Consent to search form signed by A. Hernandez and T. Bubel 3/28/99 | |
| 18 | 9/4/01 | ✓ | Advise of Rights Waiver - A. Hernandez 3/28/99 | |
| 19 | 9/4/01 | ✓ | Taped statements of A. Hernandez 3/28/99 | |
| 20 | 9/4/01 | ✓ | Transcript of A. Hernandez 3/28/99 | |
| 21 | 9/11/01 | ✓ | Page from interview notes of S/A Grover signed by A. Hernandez 3/28/99 | |

## GOVERNMENT'S EXHIBIT LIST
### UNITED STATES v. Ariel Hernandez and Adam Todd Silverman
### Case No. 00-6273-Cr-HUCK/BROWN

LAWRENCE LaVECCHIO, ASSISTANT UNITED STATES ATTORNEY

PAGE 3 OF 4
September 4, 2001

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 22 | 9/11/01 | ✓ |  | Report of S/As Grover and Feisthammel re: Interview of A. Hernandez 3/28/99 |  |
| 23 | 9/11/01 | ✓ |  | Consent to search form signed by A. Hernandez 3/28/99 |  |
| 24 | 9/11/01 | ✓ |  | Consent to search form signed by T. Bubel 3/28/99 |  |
| 25 | 9/11/01 | ✓ |  | Tape recording - C. Monico, A. Hernandez, F. Massaro and T. Bubel (954)944-2929 3/29/99 2:22 a.m. (Call No. 1086) |  |
| 26 | 9/11/01 | ✓ |  | Transcript - C. Monico, A. Hernandez, F. Massaro and T. Bubel (954)944-2929 3/29/99 2:22 a.m. (Call No. 1086) |  |
| 27 | 9/11/01 | ✓ |  | Tape recording - P. Mosher, F. Massaro and A. Hernandez (954) 456-3020 4/1/99 9:24 a.m. (Call No. 0331) |  |
| 28 | 9/11/01 | ✓ |  | Transcript - P. Mosher, F. Massaro and A. Hernandez (954) 456-3020 4/1/99 9:24 a.m. (Call No. 0331) |  |
| 29 | 9/11/01 | ✓ |  | Proffer letter dated 4/2/99 signed by AUSA McCormick, J. Valazquez and A. Hernandez |  |
| 30 | 9/11/01 | ✓ |  | Report of S/As Grover and Feisthammel re: Interview of A. Hernandez 4/8/99 |  |

LAWRENCE LaVECCHIO ASSISTANT UNITED STATES ATTORNEY

GOVERNMENT'S EXHIBIT LIST
UNITED STATES v. Ariel Hernandez and Adam Todd Silverman
Case No. 00-6273-Cr-HUCK/BROWN

PAGE 4 OF 4
September 4, 2001

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 31 | 9/4/01 | ✓ | | | |
| 32 | | | ✓ | ARREST LOG AND INFORMATION SHEETS RE: A. SILVERMAN | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |