**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## COURTROOM MINUTES

FILED by _____ D.C.

OCT 0 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

The Honorable _Paul C. Huck_ , Presiding

Date _10-4-2001_     Case No. _00-6273CR_

_United States of America_

-vs-

_Anthony Trentacosta et. Al_

Type of hearing _Status Conference_

Plaintiff's Counsel _Lawrence LaVecchio_

Defendant's Counsel _Stephen Rosen, (All other counsel present)_

Deputy Clerk _Valerie Thimph_ Court Reporter _Larry Herr_

_Status Hearing Held_