CRIMINAL MINUTES

FILED by _____ D.C.

OCT 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE *Paul C. Huck*

==================================================

CASE NO. *00-6273-CR*    DATE *10/26/01*

CLERK   Valerie Thompkins    REPORTER *Kim Meckler*

USPO _____    INTERPRETER _____

UNITED STATES OF AMERICA   vs. *Cinthya Trentacosta*
*et. Al*
_____

AUSA_____    DEFENSE CSL._____

_____

Defendant(s) Present_____ Not Present _X_ In Custody_____

TYPE OF HEARING *Status Conference*

RESULT OF HEARING *Hearing Held*

_____

==================================================

NEW DATES SET BY COURT

Defense P/T/Motions    _____    Trial Date _____

Govt. Resp to P/T/Motions_____    Further S/C _____