

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6273-CR

UNITED STATES OF AMERICA

vs.

Jeffrey Banks

## CHANGE OF PLEA

On __11-1-2001__ the above named defendant appeared in person before the Honorable __Paul C. Huck__, United States District Judge/Magistrate, with __Manuel Gonzalez__, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty to Count(s) __I__, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilty. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
(X) The Court postponed sentencing until __1-25-02 @ 3:20 p.m.__
( ) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.
(X) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge __Paul C. Huck__
Reporter __Larry Herr__
Courtroom Deputy __Valerie Trumph__