UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Anthony Banks

CASE NO. 00-6273-CR

NOTICE OF SENTENCING DATE

FILED by _____
NOV 0 2 2001
CLARENCE MADDOX
CLERK U.S. DIST.
S. D. OF FLA

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable _Paul C. Huck_, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on _January 25_, 20_02_ at _3:30 P_. M. for imposition of sentence. On that date, report to the Federal Justice Building, Courtroom _6, 10th Floor_ . 99 N.E. 4th Street, Miami, FL 33132, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY _____
Courtroom Deputy Clerk

DATE: _11-1-2001_
COUNSEL: _Manuel Gonzalez_
RECEIVED: _In Custody_
(Defendant)

| | | | |
|---|---|---|---|
| GUILTY PLEA | ☑ BOND | ☐ TO COUNT(S) _1_ | |
| TRIAL | ☐ FEDERAL CUSTODY | ☐ TO TOTAL COUNTS _1_ | |
| NOLO PLEA | ☐ STATE CUSTODY | ☐ ASST. U.S. ATTY _Lawrence Lavecchio_ | |
| | ☐ U.S.M. CUSTODY | | |

Copies to:  United States Attorney        United States Marshal
            Probation Department          Pre-Trial Services
            Defense Counsel               Defendant