SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DKTG
JAN 2 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # _OO-CR-6273-Huck_

DEFENDANT _Anthony Banks_

JUDGE _PAUL C. HUCK_

Deputy Clerk _Elvis Tanerov_

DATE _1/29/02 - 3:30_

Court Reporter _Larry Herr_

USPO _____

AUSA _Lawrence La Vecchio_
_Jeff Sloman_

Deft's Counsel _Manuel Gonzalez, Esq._

COUNTS DISMISSED _____

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/ / at _____ AM / PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 21 | 1 |
| | | | |
| | | | |

Supervised Release _3 years_

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

_____

_____

Assessment $ _100.00_          Fine $ _____

Restitution /Other _to be determined by end of march 2002._

## CUSTODY

_____ Remanded to the Custody of the U.S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/ /___

Commitment Recommendation: _____