UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

v.

ANTHONY BANKS

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

COMES NOW Manuel Gonzalez, Jr. and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 8/12/04

Attorney Manuel Gonzalez, Jr.
Address 2222 Ponce De Leon Blvd. #500
City Coral Gables State FL zip code 33134
Telephone (305) 444-1400
(305) 444-1487 (fax)

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____
_____
_____

