UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY BANKS,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that the Final Revocation Hearing for the above named defendant will be held on **Thursday, September 2, 2004 at 11:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:     August 27, 2004

                        Genevieve McGee
                        Courtroom Deputy to the Honorable
                        Paul C. Huck

cc:     Jeffrey Sloman, AUSA
        David Haimes, AUSA
        Manuel Gonzalez, Esq.
        Odine Lindor, U.S. Probation Officer
        U.S. Pretrial Services

