UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY BANKS,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that the Final Revocation Hearing for the above named defendant will be held on **Friday, September 10, 2004 at 11:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    September 1, 2004

                                  Genevieve McGee
                                  Courtroom Deputy to the Honorable
                                  Paul C. Huck

cc:    Jeffrey Sloman, AUSA
       Manuel Gonzalez, Esq. (305-444-1487)
       Odine Lindor, U.S. Probation Officer
       U.S. Pretrial Services

