UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY BANKS,

    Defendant.
_____/

## ORDER ON FINAL REVOCATION HEARING AND MODIFYING TERMS OF SUPERVISED RELEASE

THIS MATTER came before the Court on Friday, September 10, 2004 pursuant to the U.S. Probation Officer's Report and Recommendation for Final Revocation Hearing.

The Defendant admitted guilt to having violated conditions of supervision. It further appearing that the Defendant violated his conditions of supervised release by:

1) Failing to participate in the Community Corrections Center. On or about June 1, 2004, the defendant was unsuccessfully discharged from the Community Corrections Center for being unverifiable during a head count for over three (3) hours.

The Defendant voluntarily admitted to having violated his conditions of supervision. The Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **modified** as follows:

> a) The defendant shall participate in the Home Confinement Electronic Monitoring Program for 120 days at the Last House Recovery Program to start no sooner than Monday, September 20, 2004. The defendant shall abide by all the conditions in the Last House Recovery Program. During this time the defendant shall remain at the program except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer.



In addition, the defendant shall pay costs of electronic monitoring at the current rate each day.

b) The defendant shall perform six (6) hours **per week** of community service until the end of his supervised release term, which is April 3, 2005, at the direction of the U.S. Probation Officer. The community service hours are to be completed on a monthly basis.

c) All other conditions previously imposed and not modified herein shall remain in effect.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of September, 2004.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Jeffrey Sloman, AUSA
Manuel Gonzalez, Esq.
Odine Lindor, U.S. Probation Officer