

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: September 10, 2004              CASE NUMBER: 00-6273-CR-HUCK

DEFENDANT: ANTHONY BANKS              COUNSEL: Manuel Gonzalez, Esq.

AUSA: Jeffrey Sloman                  PROB. OFFICER: Odine Lindor

CLERK: Genevieve McGee                CT REPORTER: Patricia Sanders

---

✓ Supervised Release Revocation Hearing Held;

___ Supervised Release Revocation Hearing continued to _____ @ _____
    at the request of government/defendant.

✓ Defendant admits violation of Supervised Release;

___ Defendant denies violation of Supervised Release;

✓ Court finds defendant violated terms of supervised release;

___ Court fails to find defendant violated terms of supervised release;

___ Court defers ruling;

___ Case taken under advisement:

___ Bond pending appeal set at $_____;

MISC: Conditions of supervised release modified, see Order.

_____

_____

**SENTENCING**

_____ SENTENCING CONTINUED TO: _____ @ _____

SENTENCING TEXT: _____

commenced: _____              Terminated: _____

