UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 00-6273-CR-HUCK

VS.

ANTHONY BANKS,

    Defendant.

_____/

### ORDER GRANTING PERMISSION TO TRAVEL

THIS CAUSE came before the Court on Defendant BANKS' Unopposed Motion for Permission to Travel. After considering said motion and being duly advised, it is hereby

ORDERED AND ADJUDGED that said motion be granted. The Defendant is permitted to travel to the Fort Myers/Buckingham area of Florida, to attend his sister's wedding, from November 5, 2004 through November 7, 2004. Further, Defendant's participation in the Home Confinement Electronic Monitoring Program shall be extended an additional three (3) days.

DONE AND ORDERED this _18_ day of _October_, 2004.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies to:
Jeffrey Sloman, AUSA
Odine Lindor, U.S. Probation Officer
Manuel Gonzalez, Jr., Esq.

