UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,
VS.                        CASE NO. 00-6273-CR-HUCK

ANTHONY BANKS,

    Defendant.
_____/

### ORDER GRANTING PERMISSION OF TRAVEL

**THIS CAUSE** came before the Court on Defendant BANKS' Unopposed Motion for Permission to Travel. After considering said motion and being duly advised, it is hereby

**ORDERED AND ADJUDGED** that said motion be granted. The Defendant is permitted to travel to Tavernier, Florida, on Christmas Day, December 25, 2004, between the hours of 7:00 a.m. and 9:00 p.m. Defendant must return to the Last House Recovery Program by 9:00 p.m. on December 25, 2004.

**DONE AND ORDERED** this /7 day of December, 2004.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Jeffrey Sloman, AUSA
Albin Fritz Calixte, U.S. Probation Officer
Manuel Gonzalez, Jr., Esq.

